UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-61895-CIV-SINGHAL

RITA SCALONE and FREANNA TUCKER.
Individually and on Behalf of All Similarly Situated
Entertainers,

    Plaintiffs,

v.

B & B ENTERTAINMENT, LLC d/b/a PLAYHOUSE
GENTLEMEN'S CLUB, a Florida Limited Liability
Company and ANDREW BEHN, individually,

    Defendants.
_____/

## ORDER

**THIS CAUSE** has come before the Court on the Motion to Appear *Pro Hac Vice* for Michael Akemon, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion") (DE [6]), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the U.S. District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion, and all other relevant factors, it is hereby:

**ORDERED AND ADJUDGED** that the Motion to Appear *Pro Hac Vice* (DE [6]) is **GRANTED**. Michael Akemon, Esq., may appear and participate in this action on behalf of Yamilee Bennett, Maria Bush, Aminata Mbaye, Alon Roberts, and Africa Williams. The Clerk shall provide electronic notification of all electronic filings to Michael Akemon, Esq., at Mutepe.akemon@richardslegal.com.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 18th day of October 2024.

Copies furnished counsel via CM/ECF

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE