UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61895-CIV-SINGHAL/STRAUSS

RITA SCALONE, *et al.*,

Plaintiffs,

vs.

B & B ENTERTAINMENT, LLC d/b/a
PLAYHOUSE GENTLEMEN'S CLUB, *et al.*,

Defendants.
_______________________________/

**ORDER**

**THIS CAUSE** is before the Court on Plaintiffs' Motion to Enforce and Approve FLSA Settlement (the "Motion") (DE [113]), which was referred to Magistrate Judge Jared M. Strauss for Report and Recommendation (DE [121]). Judge Strauss prepared a Report and Recommendation concluding that the Settlement should be approved, except that the release provision should reflect the release language read into the record at the June 4, 2026 hearing. (DE [125] at 10). Neither party objected. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b), Advisory Committee Notes; *see also, e.g.*, *Sully v. Scottsdale Ins. Co.*, 2024 WL 1857456, at *8 (S.D. Fla. Apr. 29, 2024) (Altman, J.) (same); *Stephen v. United States*, 2016 WL 9649870, at *1 (S.D. Fla. Mar. 29, 2016) (Cohn, J.) (same). Having reviewed the record, the parties' papers, and the Report and Recommendation (DE [125]), the Court discerns no clear error. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation (DE [125]) is **ADOPTED** and the Motion (DE [113]) is **GRANTED**, except that the settlement

agreement's release provision should reflect the release language read into the record at the June 4, 2026 hearing. This matter is **DISMISSED WITH PREJUDICE**. Plaintiffs are entitled to attorneys' fees in the amount of $332,500.00 and costs and expenses in the amount of $25,520.00. The Court retains jurisdiction to enforce the terms of the Settlement Agreement. The Clerk of Court is directed to **CLOSE** this case, **CANCEL** all hearings and deadlines, and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 18th day of September 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF